42,624-01

January 12, 2015

Cause No. 22,444-A
Writ of habeas Corpus

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

RE: Violation of Article 11.07 sec 3(c) of the Texas Code of Procedure
Return copy stamped received for the records please.

Dear, Clerk

Please find enclosed a copy of a letter to the Clerk Kathy Clifton, Polk County District clerk in regards to appellants/applicant writ for habeas corpus under 11.07 filed on November 12, 2014 at 3:35 p.m., from this point Respondant for the State had 15 days to answer, after 15 days, the Court had 20 days in which it may order a hearing. If no hearing ordered in 35 days from the filing date, petition will be forwarded to the Court of Criminal Appeals for their consideration on 12-18-14 ...

On December 17, 2014, the clerks office forwarded applicant/appellant a letter marked This date, December 17, 2014 the **CLERK'S RECORD** has been forwarded to the Court of Criminal Appeals. SEE: Exhibit letter A, applicant/appellant has not received any answers filed; certificate reciting the date upon which the finding was made; no proposed finding of facts from the trial court; no (O.D.I) order of disiputed issues; nor States original answer.

PROCEDURE: Court of Criminal Appeals under 11.07, Texas Code of Criminal Procedure, applicant/appellant would has received notice from the Court of Criminal Appeals by way of (1) a "White Card" denial where the Court automatically denies relief without further consideration, (2) The "Case" submitted for additional consideration to the Court en banc or, (3) The "Case" remanded to the trial court for additional facts...

Applicant/Appellant request that this Court respond with information that the writ of habeas corpus and Court records are infact being considered for review to avoid filing a writ of mandamus to force the District Court to comply with 11.07 statute, applicant/appellant has forwarded a motion for bond premature if the District Court has not complied by forwarding all document, bond should be granted...

Respectfully Submitted

Stacey Carter #1870516



# KATHY CLIFTON
## POLK COUNTY DISTRICT CLERK

**POLK COUNTY JUDICIAL CENTER**
**LIVINGSTON, TEXAS 77351-3233**

**OFFICE (936) 327-6814**
**FAX (936) 327-6851**

December 17, 2014

STACEY CARTER   TDCJ#1870516
COFFIELD UNIT
2661 FM 2054
TENNESSEE, TX. 75884

RE:   STACEY CARTER   TDCJ#1870516
　　　CASE 22,444-A WRIT OF HABEAS CORPUS

Dear Mr. Carter

____　　Upon receipt of proper fees, or a Pauper's Affidavit, the copies you requested will be prepared and mailed. At $1.00 per page, (Govt. Code 51.318), the cost will be $_____.

____　　Contact the Court Reporter listed below to request a copy of the Reporter's Record and fees.

____　　Your Petition for Writ of Habeas Corpus has been received and filed. Article 11.07 of the Texas Code of Criminal Procedures affords the State 15 days to answer. After the 15 days, the Court has 20 days in which it may order a hearing. If no order has been entered 35 days from the above filing date, petition will be forwarded to the Court of Criminal Appeals for their consideration.

____　　The following instrument has been filed in the above listed case: _____

__X__　This date, December 17, 2014, the **Clerk's Record** has been forwarded to the Court of Criminal appeals.

____　　Other:

All further correspondence should indicate the above cause number.

　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　KATHY E. CLIFTON, DISTRICT CLERK
　　　　　　　　　　　　　　　　　　　　POLK COUNTY, TEXAS

cc:   Honorable Kaycee L. Jones　　　　Brian Foley
　　　411TH District Court　　　　　　　Assistant Criminal District Attorney
　　　　　　　　　　　　　　　　　　　　Polk County, Texas

**101 W. MILL STREET, SUITE 216**

January 12, 2015

CAUSE NO. 22,444-A
WRIT OF HABEAS CORPUS

KATHY CLIFTON, CLERK
411th JUDICIAL DISTRICT COURT
POLK COUNTY, TEXAS 77351-3233
101 W. MILL ST. SUITE 216

RE: TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 Sec 3(c);
RETURN COPY STAMPED FILED FOR RECORDS TO APPLICANT

Dear Clerk,

Please find enclosed a request under TCCP Article 11.07 Sec (c) that this office immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers, and a certificate reciting the date upon which the finding was made. This office the clerks records states on December 17, 2014 that the "CLERK'S RECORDS" with file marked copy of applicant writ of habeas corpus has been forwarded to the Court of Criminal Appeals. Had such document been transmitted to the Court of Criminal Appeals by Respondent as required by statute, applicant would have received notice from the Court of Criminal Appeals by way of (1) a "White Card" denial where the Court automatically denies relief without further consideration, (2) the "Case" submitted for additional consideration to the Court en banc, or (3) the Case remanded to the trial Court for additional facts.

FURTHERMORE applicant request that the CLERK furnish any answers filed; and a certificate reciting the date upon which the finding was made; Proposed finding of facts and finding of the trial Court finding; Trial Judge (O.D.I) Order of Designated Issues; State's Original Answer. The procedure by law trial Court cannot send applicant's 11.07 application to the Court of Criminal Appeals without implementing one of the above procedures.

Applicant has not received any proposed findings and facts or conclusions of law, stating original answer, nor an O.D.I; Applicant has not received any of the THREE responses he would receive from the Court of Criminal Appeals if they received applicant application from your office. Applicant request that this office send requested documents to the Court of Criminal Appeals, and document to applicant within 7 working days to avoid applicant from filing a writ of mandamus which would be the appropriate vehicle for insuring compliance; Please note that an copy of this letter to your office will be forwarded to the Court of Criminal Appeal on this very date, and asking that Court have they received that letter you forwarded to

applicant on December 17, 2014 stating on that date the **CLERK'S RECORD** has been forwarded to the Court of Criminal Appeals. Sincerely Kathy E. Clifton, District Clerk, Polk County, Texas

Applicant that the clerk office send another copy of the letter done on December 17, 2014 to insure this is the correct date that applicant application for writ of habeas corpus 11.07 sec 3(c) was infact forwarded to the Court of Criminal Appeals; and any answer filed; certificate reciting the date upon which the finding was made of facts; trial courts findings; trial courts orders of disignated issues, and State's original answer. pursuant to Texas Code of Criminal Procedure Article 2.21.

Failure of the court to act within the allowed 20 days shall constitute such finding. Rule 30 provides B.(2) Where the court has misdirected the jury as to the laws or has committed some other material error calculated to injure the rights of the accused; (6) Where new evidence was discovered favorable to accused since trial. ; (7) Where after retiring to deliberate the jury has received other evidence; (9) Where the verdict is contrary to the law and evidence; AND Based on applicant's writ of habeas corpus for (IAC) Ineffective Assistance of Counsel raised a matter not determined from the record, upon which he could be entitled to relief. SEE Ex parte Wilson 724 S.W. 2d 72-74 (Tex. Cr. App. 1987); Randle v. State 847 S.W. 2d 576 (Tex Cr. App 1993) Trial Judge abused her discretion in failing to hold a hearing pursuant to RULE 31(d). McIntire 698 S.W. 2d at 660.

CLERK ABEL ACOSTA, P.O. BOX 12308, CAPITAL STATION, AUSTIN, TEXAS 78711. Please regard this letter as an "EXHIBIT" that applicant in the above cause had received a lletter from clerk Kathy Clifton that she forwarded applicant's writ of habeas corpus and the District Court Records in this matter for consideration on December 17, 2014. But applicant has not received any documents from the District Court answers, decisions, orders, nor have applicant received any documents that the Court of Criminal Appeals received my 11.07 under section 3(c). Texas Code of Criminal Procedure since December 17, 2014.

CLERK KATHY CLIFTON DISTRICT COURT, I look forward to hearing from your office very soon within 7 working days to avoid filing writ of mandamus.
Respectfully Submitted
Stacey Carter #1820516
20061 - FM 2054
Tennessee, TX 75884

2.

# CERTIFICATE

I Hereby certify that the above and foregoing has been forwarded and properly address and placed in the United States mail with postage adequately afixed to the named Courts:

CLERK, Abel Acosta
Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Texas 78711

CLERK, Kathy Clifton
District Clerk Polk County
101 W. Mill Street Suite 260
Livingston, Texas 77351-3233

This 12 day of January, 2015

Respectfully Submitted

Stacey Carter #1820516
26001 FM 2054
Tennessee, Texas 75884
Applicant / Relator / Pro se